| | |
|---|---|
| 1 | JULIE E. HOFER, #152185 |
|   | BRUCE S. EADS, #191047 |
| 2 | DONAHUE GALLAGHER WOODS LLP |
|   | Attorneys at Law |
| 3 | 300 Lakeside Drive, Suite 1900 |
|   | Oakland, California 94612-3570 |
| 4 | P.O. Box 12979 |
|   | Oakland, California 94604-2979 |
| 5 | Telephone:   (510) 451-0544 |
|   | Facsimile:   (510) 832-1486 |
| 6 | |
|   | MARK SCHONFELD |
| 7 | BURNS & LEVINSON LLP |
|   | Attorneys at Law |
| 8 | 125 Summer Street |
|   | Boston, Massachusetts 02110 |
| 9 | Telephone:   (617) 345-3329 |
|   | Facsimile:   (617) 345-3299 |
| 10 | |
|    | Attorneys for Plaintiff |
| 11 | CANON U.S.A., INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANON U.S.A., INC., a New York corporation, | CASE NO. |
| Plaintiff, | **CERTIFICATION OF INTERESTED PARTIES OR ENTITIES** |
| v. | |
| SHAWN LEIMBACH, an individual, | |
| Defendant. | |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Canon Inc. is a Japanese corporation having its principal offices in Tokyo, Japan and is the parent corporation of named plaintiff Canon U.S.A., Inc. Canon Inc. is the owner of certain federally registered trademarks at issue in this matter.

Dated: November 5, 2007

DONAHUE GALLAGHER WOODS LLP

By: /s/ Bruce S. Eads
Bruce S. Eads
Attorneys for Plaintiff
CANON U.S.A., INC.

Of counsel:

Mark Schonfeld
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3329

-1-

CERTIFICATION OF INTERESTED PARTIES OR ENTITIES    CASE NO.