# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Canon U.S.A., Inc.,

        Plaintiff,

        vs.

Shawn M. Leimbach,

        Defendant.

        )
)
)
)
)
)
)
)
)
)

CASE NO.   C07-05632 MMC

**FINAL CONSENT JUDGMENT**

Upon agreement of the parties, Plaintiff Canon U.S.A., Inc. ("Canon") and Defendant Shawn M. Leimbach ("Leimbach"), this Consent Judgment is hereby entered as follows:

It is hereby ORDERED

That a permanent injunction is hereby issued enjoining and restraining Leimbach, her agents, servants, and employees and all those in active concert or participation with them, from:

    A.    substantially imitating, copying, counterfeiting, or making unauthorized use of the Canon Trademarks, copies of which are attached;

    B.    manufacturing, distributing, importing, circulating, selling, offering for sale, moving or otherwise disposing of, any product or simulation, reproduction, counterfeit, copy or colorable imitation of the Canon Trademarks;

    C.    using any simulation, reproduction, counterfeit, copy, colorable or confusingly similar imitation of the Canon Trademarks;

    D.    using any false description or designation of origin or representation (including, without limitation, any letters, words, symbols, or other text) which can, or is likely to lead the trade or public, or individual members thereof, to believe that any product manufactured, imported, advertised,

distributed and/or sold by Leimbach is in any manner associated or connected with Canon or is sold, licensed, sponsored, or approved by Canon;

E.   engaging in any course of conduct likely to cause confusion, deception or mistake, or to injure Canon's business reputation or dilute the distinctive quality of Canon's name and the Canon Trademarks;

F.   engaging in any activity constituting an infringement of the Canon Trademarks or of Canon's rights to use or to exploit the same;

G.   engaging in acts of unfair competition arising from the unlawful and improper adoption and use of Canon's trade dress and style;

H.   secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products, or any books or records which contain any information relating to the importing, manufacturing, producing, acquiring, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of unauthorized products which infringe the Canon Trademarks;

I.   causing an infringement of any of Canon's Canon Trademarks or of Canon's rights to use or to exploit said Trademarks, or causing any dilution of Canon's name, reputation or goodwill; and

J.   assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (A) through (I), above.

IT IS FURTHER ORDERED that Leimbach is hereby ordered to send written notification to all her customers who purchased purported Canon batteries from her, no later than 30 days after entry of this Final Consent Judgment, stating that the batteries have been determined to be counterfeit, that the batteries may be dangerous, that it is recommended that the purchaser stop using the batteries immediately, and that the purchaser is advised to purchase only genuine Canon batteries from authorized Canon dealers.

IT IS FURTHER ORDERED that Leimbach has consented to the jurisdiction of this Court and that this Court shall have continuing jurisdiction with regard to enforcing the terms of this Final Consent Judgment;

1    IT IS FURTHER ORDERED that this Final Consent Judgment shall be deemed to have

2    been served upon Leimbach at the time of its execution by the Court.

3    IT IS FURTHER ORDERED, that in the event of a default or breach of any provision of

4    this Final Consent Judgment by Leimbach, Canon shall be entitled to all costs and expenses arising

5    out of said default or breach, including reasonable attorney's fees, paid or incurred by Canon in

6    enforcing and obtaining Leimbach's performance of the terms of this Final Consent Judgment, in

7    addition to any fees, damages or injunctive relief otherwise awarded by the Court.

8

9

10    Dated: _____, 2007    _____

11

12    United States District Judge
      Northern District of California

13

14    **Upon Consent of:**

15    CANON U.S.A., INC.
      By its Attorneys,

16

17

18    _____    _____
      Bruce S. Eads, (SBN 191047)    Shawn M. Leimbach

19    Donahue Gallagher Woods LLP    1660 Via Barrett
      300 Lakeside Drive, Suite 1900    San Lorenzo, CA 94580

20    Oakland, CA 94612-3570
      Tel. (510) 451-0544

21    Fax. (510) 832-1486

22    I, Shawn M. Leimbach, hereby state that I have consulted with my counsel, Mark Lawrence

23    Eisenberg, Esq., Gatehouse Plaza, 1290 "B" Street, Suite 309, Hayward, CA 94541, and that I have

24    signed this Final Consent Judgment after consultation with said attorney.

25

26    _____

27    Shawn M. Leimbach

28

3

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of California

County of _Alameda_ } ss.

On _February 9, 2007_ before me, _Marcie Jacob, Notary Public_
         Date                                Name and Title of Officer (e.g., "Jane Doe, Notary Public")
personally appeared _Shawn Leimbach_
                              Name(s) of Signer(s)

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence

> MARCIE JACOB
> Commission # 1472211
> Notary Public - California
> Alameda County
> My Comm. Expires Feb 24, 2008

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Marcie Jacob_
Signature of Notary Public

───────── OPTIONAL ─────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _Final Consent Judgement_

Document Date: _2/9/07_                          Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

| RIGHT THUMBPRINT OF SIGNER |
|---|
| Top of thumb here |

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,189,094

## United States Patent and Trademark Office

Registered Dec. 26, 2006

### TRADEMARK
### PRINCIPAL REGISTER

# Canon

CANON KABUSHIKI KAISHA (JAPAN COR-
PORATION)
30-2, SHIMOMARUKO 3-CHOME, OHTA-KU
TOKYO, JAPAN

FOR: BATTERIES, BATTERY CHARGERS; CAR
BATTERY ADAPTORS; AC ADAPTORS; CASES
FOR CAMERAS, DIGITAL CAMERAS, VIDEO
CAMCORDERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 10-0-1985; IN COMMERCE 10-0-1985.

OWNER OF U.S. REG. NOS. 603,299 AND 2,674,673.

SER. NO. 78-718,666, FILED 9-22-2005.

JOHN SCHUYLER YARD, EXAMINING ATTOR-
NEY

Int. Cl.: 2

Prior U.S. Cls.: 6, 11 and 16

**United States Patent and Trademark Office**

Reg. No. 2,674,673

Registered Jan. 14, 2003

## TRADEMARK
### PRINCIPAL REGISTER

# Canon

CANON KABUSHIKI KAISHA (JAPAN COR-
PORATION)
30-2, 3-CHOME
SHIMOMARUKO, OHTA-KU
TOKYO, JAPAN

FOR: TONER FOR PRINTERS, FACSIMILE MA-
CHINES AND COPYING MACHINES; INK FOR
PRINTERS, FACSIMILE MACHINES AND COPY-
ING MACHINES; FILLED TONER CARTRIDGES
FOR PRINTERS, FACSIMILE MACHINES AND
COPYING MACHINES; FILLED INK CARTRIDGES
FOR PRINTERS, FACSIMILE MACHINES AND

COPYING MACHINES, IN CLASS 2 (U.S. CLS. 6, 11
AND 16).

FIRST USE 1-0-1994; IN COMMERCE 8-0-1994.

OWNER OF U.S. REG. NOS. 603,299, 1,372,216 AND
OTHERS.

SER. NO. 76-370,288, FILED 2-13-2002.

DAVID YONTEF, EXAMINING ATTORNEY

US00157



287-017
U-2-157
U. S. A.

商　　標 ：

CANON GENUINE VIDEO ACCESSORY & G (logo)

商品分類 ：　Class 9

指定商品 ：　Accessories for 8mm video cameras, namely
zoom lenses and extenders; batteries,
electric source couplers and adapters;
lenses and filters; microphones and parts
thereof; video lights; cables; integrated
circuit cards for controlling operation of
a video camera; boom remote controllers;
sports finders; video editors; video
printers; tripods, in Class 9 (U.S.Cls.21,
23, 26, 36 and 38).

Filing Date:　1992-6-24　　Filing No.: 74/306743
Reg. Date:　　1995-8-15　　Reg. No.:　1,912,278

US000022



## The United States of America

### CERTIFICATE OF RENEWAL

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for renewal of registration of the Mark shown herein, a copy of said Mark and pertinent data from the Registration being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Registration renewed under the Trademark Act of 1946, as amended, and said Registration has been duly renewed in the Patent and Trademark Office to the registrant named herein.

This Registration shall remain in force for TEN years from the date that said Registration was due to expire unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twenty-fourth day of May 1994.

*Bruce Lehman*

Commissioner of Patents and Trademarks

PTO-154
(Rev. 8-89)

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 975,904

**United States Patent and Trademark Office**

Registered Jan. 1, 1974

10 Year Renewal

Renewal Term Begins Jan. 1, 1994

## TRADEMARK
## PRINCIPAL REGISTER

## CANON

CANON KABUSHIKI KAISHA (JAPAN CORPORATION)
30-2, 3-CHOME, SHIMOMARUKO OHTA-KU, TOKYO, JAPAN

OWNER OF U.S. REG. NOS. 603,399, 844,063 AND OTHERS.

FOR: ELECTROPHOTOGRAPHIC COPYING MACHINES AND PARTS THEREOF, IN CLASS 26 (INT. CL. 9).

FIRST USE 6-0-1966; IN COMMERCE 8-0-1970.

SER. NO. 72-409,176, FILED 12-2-1971.



*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 24, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS



## CERTIFICATE OF REGISTRATION
## PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office, that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks, and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are a part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Acting Commissioner of Patents and Trademarks*

Int. Cl.: 2

Prior U.S. Cls.: 6, 11 and 16

## United States Patent and Trademark Office

Reg. No. 2,277,419

Registered Sep. 14, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## NPG

CANON KABUSHIKI KAISHA (JAPAN CORPO-
RATION)
30-2, 3-CHOME
SHIMOMARUKO, OHTA-KU
TOKYO, JAPAN

FOR: TONER FOR PHOTOCOPYING MA-
CHINES, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FIRST USE 3-0-1988; IN COMMERCE
6-0-1988.
OWNER OF U.S. REG. NOS. 966,026, 1,706,086,
AND 1,899,423.

SER. NO. 75-428,579, FILED 2-4-1998.

KELLY L. WILLIAMS, EXAMINING ATTOR-
NEY



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Nicholas P. Godici*

**Acting Director of the United States Patent and Trademark Office**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,499,851
Registered Oct. 23, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## NPG

CANON KABUSHIKI KAISHA (JAPAN COR-
PORATION)
30-2,3-CHOMB
SHIMOMARUKO, OHTA-KU
TOKYO, JAPAN

FOR: PHOTO-CONDUCTIVE DRUMS AND
DRUM UNITS, NAMELY, PHOTO-CONDUCTIVE
DRUMS, CHARGERS AND CLEANING DEVICES
WHICH REMOVE EXCESS TONERS FROM THE

PHOTO-CONDUCTIVE DRUM FOR COPYING MA-
CHINES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-13-1990; IN COMMERCE 6-13-1990.

OWNER OF U.S. REG. NO. 2,277,419.

SER. NO. 76-006,090, FILED 3-21-2000.

GEORGE LORENZO, EXAMINING ATTORNEY

U800022



№ 975904

## THE UNITED STATES OF AMERICA

This is to certify that from the records of the Patent Office it appears that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent Office to be affixed this first day of January, 1974.

*Rene D. Tegtmeyer*
Acting

COMMISSIONER OF PATENTS



# United States Patent Office

**975,904**
Registered Jan. 1, 1974

## PRINCIPAL REGISTER
### Trademark

Ser. No. 409,176, filed Dec. 2, 1971

## CANON

Canon Kabushiki Kaisha (Japanese corporation)
30-2 3-chome, Shimomaruko
Ohta-ku, Tokyo, Japan

For: ELECTROPHOTOGRAPHIC COPYING MA-
CHINES AND PARTS THEREOF, in CLASS 26 (INT.
CL. 9).

First use June 1966; in commerce August 1970.
Owner of U.S. Reg. Nos. 603,299, 844,063, and others.

B. C. WASHINGTON, Examiner

PO-130

US90001



No. 603,300

# THE UNITED STATES OF AMERICA

## To All To Whom These Presents Shall Come:

This is to certify that by the records of the United States Patent Office it appears that Canon Camera Kabushiki Kaisha, of Ohta-ku, Tokyo, Japan, a corporation of Japan,

did, on the 2nd day of October, 1952, duly file in said Office an application for Registration of a certain Trade-Mark shown in the Drawing for the Goods specified in the Statement, a copy of which Drawing and pertinent data from the Statement are hereby annexed and made a part hereof, and duly comply with the requirements of the law in such case made and provided, and with the regulations prescribed by the Commissioner of Patents.

And, upon due examination, it appearing that the said applicant is entitled to have said Mark registered under the Trade-Mark Act of 1946, the said Mark has been duly registered this day in the United States Patent Office on the

### PRINCIPAL REGISTER

Canon Camera Kabushiki Kaisha, its successors or assigns.

This certificate shall remain in force for Twenty Years unless sooner terminated as provided by law.

In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent Office to be affixed, at the City of Washington, this fifteenth day of March, in the year of our Lord one thousand nine hundred and fifty-five, and of the Independence of the United States the one hundred and seventy-ninth.

Robert C Watson

COMMISSIONER OF PATENTS

ATTEST:

Karl H. Aplin

ATTESTING OFFICER

# United States Patent Office

**603,300**

Registered Mar. 15, 1955

## PRINCIPAL REGISTER
### Trade-Mark

Ser. No. 636,061, filed Oct. 2, 1952



Canon Camera Kabushiki Kaisha (Japanese corporation)
312 Shimo-Maruko-Cho -
Ohta-ku, Tokyo, Japan

For PHOTOGRAPHIC EQUIPMENT, NAMELY: CAMERAS AND PARTS THEREOF, CAMERA LENSES TELEPHOTO LENSES; VIEW FINDERS, RANGE FINDERS, COMBINED RANGE FINDER AND VIEW FINDER, FRAME FINDERS, FRAME FINDERS FOR SPORT AND OTHER ACTION PHOTOGRAPHS; EXPOSURE METERS; FLASH UNITS AND PARTS THEREOF; MACHINES FOR MAKING PHOTOGRAPHIC COPIES OF DOCUMENTS, PAPERS AND BOOKS AND PARTS THEREOF; PHOTOSCILLOSCOPES AND PARTS THEREOF;

MACHINES FOR MAKING X-RAY PHOTOGRAPHS AND PARTS THEREOF; RIFLESCOPES; PHOTOGRAPHIC ACCESSORIES — NAMELY, CAMERA HOLDERS, TRIPODS, FLASH SYNCHRONIZERS, REFLECTORS, BULB ADAPTERS, CABLE RELEASES, FILM MAGAZINES, SELF-TIMERS, FILM TAKEUP SPOOLS, LENS MOUNTS, LENS CAPS, LENS HOODS, LIGHT FILTERS, CIRCUIT TESTERS FOR FLASH GUNS AND BULBS, DEVELOPING TANKS, AND CASES THEREOFOR—in CLASS 26.

First used May 1934, and in commerce December 1946.

Owner of Japanese Reg. No. 393,336, dated January 11, 1951.

PO—130



No. 603,299

# THE UNITED STATES OF AMERICA

## To All To Whom These Presents Shall Come:

*This is to certify that by the records of the United States Patent Office it appears that* Canon Camera Kabushiki Kaisha, of Ohta-ku, Tokyo, Japan, a corporation of Japan,

did, on the **22nd** day of **September, 1952,** duly file in said Office an application for Registration of a certain **Trade-Mark** shown in the Drawing for the **Goods** specified in the Statement, a copy of which Drawing and pertinent data from the Statement are hereby annexed and made a part hereof, and duly comply with the requirements of the law in such case made and provided, and with the regulations prescribed by the Commissioner of Patents.

And, upon due examination, it appearing that the said applicant is entitled to have said Mark registered under the Trade-Mark Act of 1946, the said Mark has been duly registered this day in the United States Patent Office on the

### PRINCIPAL REGISTER

to Canon Camera Kabushiki Kaisha, its successors or assigns.

This certificate shall remain in force for Twenty Years unless sooner terminated as provided by law.

*In Testimony Whereof* I have hereunto set my hand and caused the seal of the Patent Office to be affixed, at the City of Washington, this **fifteenth** day of **March**, in the year of our Lord one thousand nine hundred and **fifty-five**, and of the Independence of the United States the one hundred and seventy-ninth.

*Robert C Watson*
COMMISSIONER OF PATENTS

ATTEST:

*Karl H. Axline*
ATTESTING OFFICER

# United States Patent Office

**603,299**
Registered Mar. 15, 1955

## PRINCIPAL REGISTER
### Trade-Mark

Ser. No. 635,452, filed Sept. 22, 1952

# Canon

Canon Camera Kabushiki Kaisha (Japanese corporation)
312 Shimo-Maruko-Cho
Ohta-ku, Tokyo, Japan

For PHOTOGRAPHIC EQUIPMENT, NAMELY—CAMERAS AND PARTS THEREOF, CAMERA LENSES, TELEPHOTO LENSES, VIEW FINDERS, RANGE FINDERS, COMBINED RANGE FINDER AND VIEW FINDER, FRAME FINDERS, FRAME FINDERS FOR SPORT AND OTHER ACTION PHOTOGRAPHY, EXPOSURE METERS, FLASH UNITS AND PARTS THEREOF, MACHINES FOR MAKING PHOTOGRAPHIC COPIES OF DOCUMENTS, PAPERS AND BOOKS AND PARTS THEREOF; PHOTOOSCILLOSCOPES AND PARTS THEREOF;

MACHINES FOR MAKING X-RAY PHOTOGRAPHS AND PARTS THEREOF; SUNLSCOPES, PHOTOGRAPHIC ACCESSORIES — NAMELY, CAMERA HOLDERS, TRIPODS, FLASH SYNCHRONIZERS, REFLECTORS, BULB ADAPTERS, CABLE RELEASES, FILM MAGAZINES, SELF-TIMERS, FILM TAKE-UP SPOOLS, LENS MOUNTS, LENS CAPS, LENS HOODS, LIGHT FILTERS, CIRCUIT TESTERS FOR FLASH GUNS AND BULBS, DEVELOPING TANKS, AND CASES THEREFOR — in CLASS 26.

First used during May 1936, and in commerce during December 1946.

Owner of Japanese Reg. No. 391,222, dated Sept. 11, 1950.

US0000l

# The United States of America

## CERTIFICATE OF RENEWAL

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for renewal of registration of the Mark shown herein, a copy of said Mark and pertinent data from the Registration being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Registration renewed under the Trademark Act of 1946, as amended, and said Registration has been duly renewed in the Patent and Trademark Office to the registrant named herein.

This Registration shall remain in force for TEN years from the date that said Registration was due to expire unless sooner terminated as provided by law.



In Testimony whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this thirteenth day of June 1995.

*Bruce Lehman*

PTO-154
(Rev. 8-89)

Commissioner of Patents and Trademarks

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**
10 Year Renewal

Reg. No. 603,299
Registered Mar. 15, 1955
Renewal Term Begins Mar. 15, 1995

## TRADEMARK
## PRINCIPAL REGISTER

# Canon

CANON KABUSHIKI KAISHA (JAPAN CORPORATION)
30-2, 3-CHOME, SHIMOMARUKO OHTA-KU, TOKYO, JAPAN, BY ASSIGNMENT, ASSIGNMENT, ASSIGNMENT, ASSIGNMENT AND CHANGE OF NAME FROM CANON CAMERA KABUSHIKI KAISHA (JAPAN CORPORATION) OHTA-KU, TOKYO, JAPAN

OWNER OF JAPAN REG. NO. 391222, DATED 4-11-1950.

FOR: PHOTOGRAPHIC EQUIPMENT, NAMELY-CAMERAS AND PARTS THEREOF, CAMERA LENSES, TELE-PHOTO LENSES; VIEW FINDERS, [RANGE FINDERS, COMBINED RANGE FINDER AND VIEW FINDER, FRAME FINDERS,] FRAME FINDERS, FOR SPORT AND OTHER ACTION PHOTOGRAPHS; EXPOSURE METERS, FLASH UNITS AND PARTS THEREOF; MA-

CHINES FOR MAKING PHOTOGRAPHIC COPIES OF DOCUMENTS, PAPERS AND BOOKS AND PARTS THEREOF; PHOTOSCILLOSCOPES AND PARTS THEREOF; MACHINES FOR MAKING X-RAY PHOTOGRAPHS AND PARTS THEREOF; RIFLESCOPES; PHOTOGRAPHIC ACCESSORIES—NAMELY, CAMERA HOLDERS, TRIPODS, FLASH SYNCHRONIZERS, REFLECTORS, BULB ADAPTERS, CABLE RELEASES, FILM MAGAZINES, SELF-TIMERS, FILM TAKEUP SPOOLS, LENS MOUNTS, LENS CAPS, LENS HOODS, LIGHT FILTERS, CIRCUIT TESTERS FOR FLASH GUNS AND BULBS, DEVELOPING TANKS, AND CASES THEREFOR, IN CLASS 26 (INT. CL. 9).

FIRST USE 5-0-1936 IN COMMERCE 12-0-1948.

SER. NO. 71-635,452, FILED 9-22-1952.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 13, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

US00024



Nº 1023233

## THE UNITED STATES OF AMERICA

This is to certify that from the records of the Patent and Trademark Office it appears that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twenty-first day of October, 1975.

C. Marshall Dann

COMMISSIONER OF PATENTS AND TRADEMARKS

PTO-130
PTO  16-62471-3

Int. Cl.: 16

Prior U.S. Cl.: 38



**United States Patent Office**

Reg. No. 1,023,233
Registered Oct. 21, 1975

## TRADEMARK
### Principal Register

# Canon

Canon Kabushiki Kaisha (Japanese corporation)
30–2 3-chome, Shimomaruko
Ohta-ku, Tokyo, Japan

For: MAGAZINES INTRODUCING AND EX-
PLAINING THE COMPANY AND ITS PRODUCTS,
AND MAGAZINES ON OPTICAL TECHNOLOGY, in
CLASS 16 (U.S. CL. 38).

First use July 1, 1959; in commerce Aug. 1, 1966.

Owner of U.S. Reg. Nos. 603,299, 1,007,099 and others.

Ser. No. 26,983, filed July 17, 1974.

US00024



## The United States of America

### CERTIFICATE OF RENEWAL

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for renewal of registration of the Mark shown herein, a copy of said Mark and pertinent data from the Registration being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Registration renewed under the Trademark Act of 1946, as amended, and said Registration has been duly renewed in the Patent and Trademark Office to the registrant named herein.

This Registration shall remain in force for TEN years from the date that said Registration was due to expire unless sooner terminated as provided by law.



In Testimony whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twenty-ninth day of August 1995.

*Bruce Lehman*

Commissioner of Patents and Trademarks

PTO-154
(Rev. 8-89)

Int. Cl.: 16

Prior U.S. Cl.: 38

United States Patent and Trademark Office

Reg. No. 1,023,233
Registered Oct. 21, 1975

10 Year Renewal

Renewal Term Begins Oct. 21, 1995

## TRADEMARK
## PRINCIPAL REGISTER



CANON KABUSHIKI KAISHA (JAPAN CORPORATION)
30-2, 3-CHOME, SHIMOMARUKO OHTA-KU, TOKYO, JAPAN

OWNER OF U.S. REG. NOS. 803,299, 1,007,099 AND OTHERS.

FOR: MAGAZINES INTRODUCING AND EXPLAINING THE COMPANY AND ITS PRODUCTS, AND MAGAZINES ON OPTICAL TECHNOLOGY, IN CLASS 16 (U.S. CL. 38).

FIRST USE 7-1-1959; IN COMMERCE 8-1-1966.

SER. NO. 73-026,983, FILED 7-17-1974.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 29, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS



# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Director of the United States Patent and Trademark Office*

Int. Cl.: 2

Prior U.S. Cls.: 6, 11 and 16

**United States Patent and Trademark Office.**

Corrected

Reg. No. 2,674,673

Registered Jan. 14, 2003

OG Date July 29, 2003

## TRADEMARK
## PRINCIPAL REGISTER

# Canon

CANON KABUSHIKI KAISHA (JAPAN
CORPORATION)
30-2, 3-CHOME
SHIMOMARUKO, OHTA-KU
TOKYO, JAPAN
OWNER OF U.S. REG. NOS. 603,299,
1,372,216 AND OTHERS.

FOR: TONER FOR PRINTERS, FACSI-
MILE MACHINES AND COPYING MA-
CHINES; INK FOR PRINTERS,

FACSIMILE MACHINES AND COPYING
MACHINES; FILLED TONER CAR-
TRIDGES FOR PRINTERS, FACSIMILE
MACHINES AND COPYING MACHINES;
FILLED INK CARTRIDGES FOR PRIN-
TERS, FACSIMILE MACHINES AND
COPYING MACHINES, IN CLASS 2 (U.S.
CLS. 6, 11 AND 16).

FIRST USE 1-0-1974; IN COMMERCE
1-0-1974.

SER. NO. 76-370,288, FILED 2-13-2002.



*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on July 29, 2003.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE